IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY LEE, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | NO. 2:18-cv-2504 |
| v. | : | |
| | : | |
| DUBOSE NATIONAL ENERGY | : | |
| SERVICES, INC., *et al.*, | : | |
|     Defendants. | : | |

# **ORDER**

AND NOW, this 24th day of April, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 19), Plaintiff's Response thereto (ECF No. 21), and Defendants' Motion for Leave to File a Reply (ECF No. 22), it is hereby ORDERED as follows:

(1) Defendants' Motion for Leave to File a Reply is GRANTED;

(2) Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED AS TO Count IV and the DCA portions of Count II only;

(3) Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is DENIED AS TO Counts I, III, V, VI, and the non-DCA-related portions of Count II; and

(4) Defendants' Motion to Strike is DENIED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.